JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ALEXANDER LUIS CASILLAS VON UCKERMANN, an individual, JOSE CHRISTIAN CHAVEZ GARZA, an individual, MAITE PERRONI BEORLEGUI, an individual, and SOULS PRODUCTIONS, INC., a Florida Corporation,<br><br>    Plaintiffs,<br>vs.<br><br>GUILLERMO ROSAS, an individual, and T6H ENTERTAINMENT, INC., a California corporation,<br><br>    Defendants. | CASE NO: 2:24-cv-4678 JFW (AJRx)<br><br>**ORDER RE: STIPULATION FOR DISMISSAL**<br>**[Fed.R.Civ.P. 41(a)(2)]**<br><br>Action Filed:   June 4, 2024 |

Having considered the joint stipulation for dismissal with prejudice filed by the parties pursuant to Fed.R.Civ.P. 41(a)(2) [ECF 16], and good cause appearing, the Court **HEREBY ORDERS** that:

1. Pursuant to the parties' the joint stipulation for dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(2), this Action is dismissed with prejudice, with each party to bear their own costs, expenses, and attorneys' fees;

2. The Court will retain jurisdiction for a period of ninety days (December 31, 2024) to enforce the parties' confidential settlement agreement.

**IS SO ORDERED.**

DATED: October 2, 2024

_____
Honorable John F. Walter
United States District Judge